# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV10-04403 JAK (SSx) | Date | June 24, 2011 |
| Title | United States of America v. Edward Woo Chen | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On June 21, 2011, plaintiff filed "Notice of Settlement" [18]. The Court sets an Order to Show Cause re Dismissal for September 12, 2011 at 10;30 a.m. If the parties file a dismissal by September 9, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The following hearings are vacated:

| | |
|---|---|
| Final Pretrial Conference: | September 12, 2011 |
| Status Conference re Exhibits: | September 23, 2011 |
| Jury Trial: | September 27, 2011 |

**IT IS SO ORDERED.**

|  |  :  |
|---|---|
| | Initials of Preparer  ak |